

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

February 17, 1939

Honorable L. R. Thompson
County Auditor
Abilene, Texas

Dear Sir:           Opinion No. O-352
Re: Exemption of lodge build-
ings from taxation

We are in receipt of your letter of February 14
requesting our opinion as to whether lodge owned build-
ings used exclusively for lodge purposes are exempt from
state and county ad valorem taxes, and whether lodge owned
buildings which are used in part for lodge purposes, and
in part for rentals are subject to taxation.

Article 8, Sec. 2 of the State Constitution pro-
vides that the Legislature may, by general laws, exempt
from taxation "institutions of purely public charity".

This has been interpreted to mean that the build-
ing must be used exclusively for, and owned by an institu-
tion of, charity in order to claim the exemption provided
in said Article 8, Sec. 2, of the Constitution, and Article
7150, Sec. 7, of the Revised Civil Statutes. Morris vs.
Masons, 5 S.W. 519 (Sup. Ct.).

Hence we are able to answer your second question
by saying that even though the lodge confines its activi-
ties wholly to matters of public charity, yet if a part of
the building is rented to a person not so engaged, the ex-
emption cannot be claimed.

In Masonic Temple Association vs. Amarillo Inde-
pendent School District, 14 S.W. (2d) 128; Ben. & Pro. Order
of Elks vs. Houston, 44 S.W. (2d) 488; Houston vs. Scottish
Rite Ben. Ass'n., 230 S.W. 978, 233 S.W. 551; and Morris vs.
Masons, supra, it was held that if the lodge or other insti-
tution engaged in any other activities than those of charity,
its building would not be a subject of exemption within the
above constitutional provision.

Description of the buildings as being owned by lodges and used for lodge purposes is, therefore, not sufficient upon which to base an opinion. The question is whether such buildings are used exclusively and owned by institutions of public charity. That question is one of fact.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Glenn R. Lewis

Glenn R. Lewis
Assistant

GRL:FG

APPROVED:

ATTORNEY GENERAL OF TEXAS